

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00212-CR

| | | |
|---|---|---|
| JULIAN ALEJANDRO ANDRADE, Appellant | § | On Appeal from Criminal District Court No. 4 |
| | § | of Tarrant County (1701461) |
| V. | § | October 31, 2024 |
| | § | Per Curiam Memorandum Opinion |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment and Revocation Restitution/Reparation Balance Sheet are modified to reflect the $50,000 fine orally pronounced at trial. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM